IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRIAN J. KELLY, Debtor and
PAUL L. KELLY, Creditor,

    Appellants,

v.

PETER F. HERRELL, Trustee,

    Appellee.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-793-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying the bankruptcy appeal filed by appellants Brian Kelly and Paul Kelly.

| /s/ | 7/13/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |