THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2018 JUL 16 PM 12: 35

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

_____

BRIAN J. KELLY, Debtor, and
PAUL L. KELLY, Creditor & Interested Party,

                          APPELLANTS,          File No. 3:17-cv-00793

    v.

PETER F. HERRELL, Trustee,

                          APPELLEE.

---

NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE 7TH DISTRICT

---

        Debtor and Creditor Appellants appeal to the United States Court of Appeals for the 7th

Circuit from the final judgment of the District Court for the Western District of Wisconsin entered

in this case as Document # 14 on July 13, 2018, denying appellants' appeal, which Judgment was based

on the court's OPINION AND ORDER filed as Document # 14 and entered also on July 13, 2018.

(Copies Attached )

        The parties to the Judgment appealed from and their respective attorneys are as follows:

| | | |
|---|---|---|
| Brian J. Kelly, Involuntary Debtor | | |
| Paul L. Kelly, Creditor & Interested Party | APPELLANTS | (Pro se) |
| E 5088 880th Avenue | | |
| Boyceville, WI 54725   Tel. 715-864-0798 | & | |
| | | |
| Peter F. Herrell, Trustee & Trustee's Attorney | APPELLEE | Atty. Peter F. Herrell |
| 4410 Golf Terrace #120 | | |
| P.O. Box 1165 | | |
| Eau Claire, WI 54701   Tel. 715-830-9771 | | |

Dated this 15th day of July, 2018.

Brian J. Kelly, Involuntary Debtor & Appellant

Paul L. Kelly, Creditor, Int. Party, & Appellant

Address:

E5088 880th Avenue
Boyceville, WI 54725

Tel. (715) 864-0798

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRIAN J. KELLY, Debtor and
PAUL L. KELLY, Creditor,

      Appellants,

      JUDGMENT IN A CIVIL CASE

      Case No. 13-cv-633-bbc

v.

PETER F. HERRELL, Trustee,

      Appellee.

---

    This action came for consideration before the court with District Judge
Barbara B. Crabb presiding. The issues have been considered and a decision has been
rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying the

bankruptcy appeal filed by debtor Brian Kelly and creditor Paul Kelly.

| /s/ | 3/19/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |